# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFERY ALLEN MCCLELLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-00144-LSC-SGC |
| ) | |
| DR. GULATI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On January 25, 2022, the magistrate judge entered a report construing the defendants' special report as a motion for summary judgment and recommending the motion be granted. (Doc. 23). Although advised of their right to file specific written objections within fourteen (14) calendar days, the parties have not submitted objections, or any other response, within the time allowed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, finding no genuine issues of material fact exist, the court **ORDERS** that the defendants' motion for summary judgment is **GRANTED**.

2

**DONE** and **ORDERED** on February 28, 2022.

_____
L. Scott Coogler
United States District Judge

160704